No. 862. COMMERCIAL TRAVELERS MUTUAL ACCIDENT ASSOCIATION OF AMERICA *v.* SCHUTT, ADMINISTRATOR, ET AL. C. A. 2d Cir. Certiorari denied. *Moses G. Hubbard* for petitioner. *Thomas S. Kernan* for respondents.

No. 866. HERNANDEZ ET AL. *v.* ETHYL CORPORATION ET AL. Court of Appeal of Louisiana, First Circuit. Certiorari denied. *DeVan D. Daggett* for petitioners. *John H. Tucker, Jr., Charles Vernon Porter* and *Laurence W. Brooks* for the Ethyl Corporation, respondent. ■■

No. 880. BUCH EXPRESS, INC. *v.* UNITED STATES. Court of Claims. Certiorari denied. *Samuel W. Earnshaw* for petitioner. *Solicitor General Soboloff, Paul A. Sweeney* and *Morton Hollander* for the United States.

No. 600, Misc. CASTRO ET AL. *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied. *Conrad J. Lynn* for petitioners. *Solicitor General Soboloff, Assistant Attorney General Tompkins* and *Harold D. Koffsky* for the United States.

No. 615, Misc. ROBERTS *v.* ELLIS, GENERAL MANAGER, TEXAS PRISON SYSTEM, ET AL. Court of Criminal Appeals of Texas. Certiorari denied.

No. 622, Misc. IN RE HOWARD. Supreme Court of California. Certiorari denied.

No. 623, Misc. ODDO *v.* NEW YORK. Appellate Division of the Supreme Court of New York, First Judicial Department. Certiorari denied.